UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CANOPIUS CAPITAL TWO LIMITED, et al                                    PLAINTIFFS

v.                                       Case No. 4:16-cv-4032

JEANNE ESTATES APARTMENTS, INC., et al                                 DEFENDANTS

### ORDER

Before the Court is the parties' Agreed Motion to Bifurcate Discovery (ECF No. 33). This is an action seeking a declaratory judgment as to the rights and obligations of the parties pursuant to an insurance policy issued by Plaintiff Canopius Capital Two Limited. Plaintiff seeks a declaratory judgment from the Court regarding its contractual obligations to defend and indemnify Defendant-Insureds with respect to the claims in the underlying lawsuit filed by Defendant-Claimants, *Vanessa Griffin, et al. v. Twenty First Century Holiness Tabernacle Church, Inc., et al.*, No. 4:14-cv-4065. The underlying lawsuit is currently pending before this Court.

The Court finds that bifurcation of the discovery period is warranted in this case. The following supplemental schedule, in conjunction with the Court's Final Scheduling Order (ECF No. 31), will govern this case, and the parties may not amend or deviate from it without leave of Court:

   1.   **Discovery:**

   (c)   Discovery as to Plaintiffs' duty to defend or indemnify ("Coverage Discovery") must be completed no later than **April 10, 2017**. No later than 5 days following the Court's

ruling on the dispositive motions referenced in 2.(f) below, the parties will propose to the Court a general discovery deadline, if necessary. The Court's current **May 22, 2017** general discovery deadline is stayed.

    **2.** **Motions:**

    (f) All dispositive motions as to Plaintiffs' duty to defend and/or indemnify ("Coverage Motions") must be filed no later than **30 days** after the close of Coverage Discovery. Responses must be filed no later than **14 days** from the file date of the motion, and replies, if any, no later than **7 days** from the file date of the response. Should the case proceed following the Court's ruling on Coverage Motions, the parties will propose to the Court an all dispositive motions deadline no later than 5 days following the Court's ruling.

All other deadlines shall remain as stated in the Finial Scheduling Order (ECF No. 31).

**IT IS SO ORDERED**, this 17th day of March, 2017.

                                                     /s/ Susan O. Hickey
                                                     Susan O. Hickey
                                                     United States District Judge