IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CANOPIUS CAPITAL TWO LIMITED;
CANOPIUS US INSURANCE, INC.,
FORMERLY KNOWN AS OMEGA
US INSURANCE, INC.; ATRIUM 5 LIMITED;
AMERICAN MODERN SELECT INSURANCE
COMPANY; and AMERICAN WESTERN
HOME INSURANCE                                                                                PLAINTIFFS

v.                                              Case No. 4:16-cv-4032

JEANNE ESTATES APARTMENTS, INC.;
STEVE JOHNSON; and DON WOLF                                        DEFENDANT-INSUREDS

and

TWENTY-FIRST CENTURY HOLINESS
TABERNACLE CHURCH, INC.;
TWENTY-FIRST CENTURY HOLINESS
TABERNACLE CHURCH, INC. d/b/a ARM FULL OF HELP;
and TWENTY-FIRST CENTURY HOLINESS
TABERNACLE CHURCH, INC. d/b/a GLORYLAND
CHRISTIAN CHURCH                                                                        DEFENDANTS

and

VANESSA GRIFFIN; MARCUS GRIFFIN;
BROOKLYNN HOWARD; ALSANDRA REID;
ALFONSO REID; ANGELA ONDRISEK;
NICHOLAS BRODERICK; MATTHEW BRODERICK;
MARISSA BRODERICK; SHAINA BRODERICK;
NATHAN GRIFFIN, by and through his next friend
Tonia Griffin; and ALEXIS BRODERICK, by and through
her next friend Sheldon Griffins                                                  DEFENDANT-CLAIMANTS

## ORDER

Before the Court is the parties' Joint Motion to Dismiss with prejudice. ECF No. 43. The parties notify the Court that this matter has been fully settled and compromised. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Motion is **GRANTED**, and all claims in this matter

are hereby **DISMISSED WITH PREJUDICE**.  If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order.  The Court shall retain jurisdiction over the terms of the settlement agreement.

    **IT IS SO ORDERED**, this 30th day of August, 2017.

                                               /s/ Susan O. Hickey
                                               Susan O. Hickey
                                               United States District Judge