IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CANOPIUS CAPITAL TWO LIMITED;
CANOPIUS US INSURANCE, INC.,
FORMERLY KNOWN AS OMEGA
US INSURANCE, INC.; ATRIUM 5 LIMITED;
AMERICAN MODERN SELECT INSURANCE
COMPANY; and AMERICAN WESTERN
HOME INSURANCE                                                                                    PLAINTIFFS

v.                                         Case No. 4:16-cv-4032

JEANNE ESTATES APARTMENTS, INC.;
STEVE JOHNSON; and DON WOLF                                                    DEFENDANT-INSUREDS

and

TWENTY-FIRST CENTURY HOLINESS
TABERNACLE CHURCH, INC.;
TWENTY-FIRST CENTURY HOLINESS
TABERNACLE CHURCH, INC. d/b/a ARM FULL OF HELP;
TWENTY-FIRST CENTURY HOLINESS
TABERNACLE CHURCH, INC. d/b/a ARMFUL OF HELP;
and TWENTY-FIRST CENTURY HOLINESS
TABERNACLE CHURCH, INC. d/b/a GLORYLAND
CHRISTIAN CHURCH                                                                                 DEFENDANTS

and

VANESSA GRIFFIN; MARCUS GRIFFIN;
BROOKLYNN HOWARD; ALSANDRA REID;
ALFONSO REID; ANGELA ONDRISEK;
NICHOLAS BRODERICK; MATTHEW BRODERICK;
MARISSA BRODERICK; SHAINA BRODERICK;
NATHAN GRIFFIN, by and through his next friend
Tonia Griffin; and ALEXIS BRODERICK, by and through
her next friend Sheldon Griffins                                                          DEFENDANT-CLAIMANTS

## **AMENDED ORDER**

On August 30, 2017, the Court issued an Order granting the parties' Joint Motion to Dismiss with Prejudice. ECF No. 44. The Order is amended to reflect that claims against multiple Defendants remain in this action. The Order is amended as follows:

Before the Court is the parties' Joint Motion to Dismiss with Prejudice. ECF No. 43. The parties notify the Court that the claims asserted by Plaintiffs Canopius Capital Two Limited, Canopius US Insurance, Inc., formerly known as Omega US Insurance, Inc., Atrium 5 Limited, American Model Select Insurance Company, and American Western Home Insurance (collectively the "Plaintiffs") against Defendant-Claimants Vanessa Griffin, Marcus Griffin, Brooklynn Howard, Alsandra Reid, Alfonso Reid, Angela Ondrisek, Nicholas Broderick, Matthew Broderick, Marissa Broderick, Shaina Broderick, Nathan Griffin, by and through his next friend Tonia Griffin, and Alexis Broderick, by and through her next friend Sheldon Griffins (collectively "the Claimants") have been resolved through settlement. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties' motion is **GRANTED**, and Plaintiffs' claims against the Claimants are **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The Court shall retain jurisdiction over the terms of the settlement agreement.

The Court finds that Plaintiffs' claims against the following Defendants remain in this action: Jeanne Estates Apartments, Inc.; Steve Johnson; Don Wolf; Twenty-First Century Holiness Tabernacle Church, Inc.; Twenty-First Century Holiness Tabernacle Church, Inc. d/b/a Arm Full of Help; Twenty-First Century Holiness Tabernacle Church, Inc. d/b/a Armful of Help; and Twenty-First Century Holiness Tabernacle Church, Inc. d/b/a Gloryland Christian Church.

**IT IS SO ORDERED**, this 11th day of September, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge