IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CANOPIUS CAPITAL TWO LIMITED;
CANOPIUS US INSURANCE, INC.,
FORMERLY KNOWN AS OMEGA
US INSURANCE, INC.; ATRIUM 5 LIMITED;
AMERICAN MODERN SELECT INSURANCE
COMPANY; and AMERICAN WESTERN
HOME INSURANCE                                                                              PLAINTIFFS

v.                                         Case No. 4:16-cv-4032

JEANNE ESTATES APARTMENTS, INC.;
STEVE JOHNSON; and DON WOLF                                                 DEFENDANT-INSUREDS

and

TWENTY-FIRST CENTURY HOLINESS
TABERNACLE CHURCH, INC.;
TWENTY-FIRST CENTURY HOLINESS
TABERNACLE CHURCH, INC. d/b/a ARM FULL OF HELP;
TWENTY-FIRST CENTURY HOLINESS
TABERNACLE CHURCH, INC. d/b/a ARMFUL OF HELP;
and TWENTY-FIRST CENTURY HOLINESS
TABERNACLE CHURCH, INC. d/b/a GLORYLAND
CHRISTIAN CHURCH                                                                             DEFENDANTS

and

VANESSA GRIFFIN; MARCUS GRIFFIN;
BROOKLYNN HOWARD; ALSANDRA REID;
ALFONSO REID; ANGELA ONDRISEK;
NICHOLAS BRODERICK; MATTHEW BRODERICK;
MARISSA BRODERICK; SHAINA BRODERICK;
NATHAN GRIFFIN, by and through his next friend
Tonia Griffin; and ALEXIS BRODERICK, by and through
her next friend Sheldon Griffins                                                          DEFENDANT-CLAIMANTS

**ORDER**

On September 11, 2017, the Court issued an Amended Order granting the parties' Joint

Motion to Dismiss with Prejudice. ECF No. 46. Pursuant to the Court's Amended Order,

Plaintiffs' claims against the following Defendants remain in this action: Jeanne Estates

Apartments, Inc.; Steve Johnson; Don Wolf; Twenty-First Century Holiness Tabernacle Church, Inc.; Twenty-First Century Holiness Tabernacle Church, Inc. d/b/a Arm Full of Help; Twenty-First Century Holiness Tabernacle Church, Inc. d/b/a Armful of Help; and Twenty-First Century Holiness Tabernacle Church, Inc. d/b/a Gloryland Christian Church.

On August 18, 2016, the Clerk of Court issued a Notice of Default Procedure directed to Plaintiffs as to the default of Defendants Jeanne Estate Apartments, Inc.; Steve Johnson; Twenty-First Century Holiness Tabernacle Church, Inc.; and Don Wolf. ECF No. 27. The Clerk's notice directed Plaintiff to file Affidavits in Support of Default as to each Defendant within fourteen (14) days of the entry of the notice. On September 2, 2016, the Court extended the deadline to file affidavits in support of default to September 29, 2016, at Plaintiffs' request. To date, Plaintiffs have not filed affidavits in support of default or moved the Court for default judgment as to the above-mentioned Defendants.

Plaintiffs are hereby directed to file affidavits in support of default and/or move for default judgment as to the above-mentioned Defendants within fifteen (15) days of the filing of this Order. If Plaintiffs fail to file affidavits in support of default and/or move for default judgment as directed, Plaintiffs' remaining claims may be dismissed for failure to prosecute.

**IT IS SO ORDERED**, this 11th day of September, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge